```
Sheldon A. Ostroff, State Bar No. 108510        James C. Kostas, State Bar No. 115948
Law Offices of Sheldon A. Ostroff               David M. Huffman, State Bar No. 69026
1441 State Street                               Huffman & Kostas
San Diego, CA 92101                             1441 State Street
Telephone: (619) 544-0881                       San Diego, CA 92101
Facsimile: (619) 544-0892                       Telephone: (619) 544-0880
                                                Facsimile: (619) 544-0892

Attorneys for Plaintiff
KRISTAL SCHERER


Linda S. Husar, State Bar No. 93989
Christine A. Kohler, State Bar No. 211562
THELEN REID BROWN RAYSMAN & STEINER LLP
333 South Hope Street, Suite 2900
Los Angeles, California 90071-3048
Telephone: (213) 576-8000
Facsimile: (213) 576-8080

Attorneys for Defendant
BATH & BODY WORKS, LLC
```

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTAL SCHERER, an individual, on behalf of herself, all others similarly situated, and on behalf of the general public,<br><br>Plaintiff,<br>vs.<br><br>BATH & BODY WORKS, a Delaware limited liability company, and DOES 1 to 100,<br><br>Defendants. | Case No.: 3:07-CV-1218 BEN (WMc)<br><br>**STIPULATION AND ORDER RE DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE** |

TO THE UNITED STATES DISTRICT COURT AND THE CLERK OF THE COURT IN THE ABOVE ENTITLED ACTION:

1  IT IS HEREBY STIPULATED by and between Plaintiff KRISTAL SCHERER and
2  Defendant BATH & BODY WORKS, LLC, through their respective counsel of record, that the
3  above-entitled action be and hereby is dismissed without prejudice in its entirety pursuant to Rule
4  41(a)(1) of the Federal Rules of Civil Procedure. Each party shall bear her/its own attorneys' fees
5  and costs.

6
7  Dated: August 15, 2007          LAW OFFICES OF SHELDON A. OSTROFF
8
9                                  By_____
                                    Sheldon A. Ostroff
10                                  Attorneys for Plaintiff
                                    KRISTAL SCHERER
11
12 Dated: August 15, 2007          HUFFMAN & KOSTAS
13
14                                 By_____
                                    James C. Kostas
15                                  David M. Huffman
                                    Attorneys for Plaintiff
16                                  KRISTAL SCHERER
17
18 Dated: August 15, 2007          THELEN REID BROWN RAYSMAN & STEINER LLP
19
20                                 By_____
                                    Linda S. Husar
21                                  Christine A. Kohler
                                    Attorneys for Defendant
22                                  LIMITED EXPRESS, LLC AKA
                                    EXPRESS, LLC
23
24     IT IS SO ORDERED.
25
26 DATED: 8/16/07
27                                 _____
                                    United States District Court Judge
28